```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 40704
   LUCY M SMITH
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9927


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/02/2004 and was confirmed 12/16/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 08/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
OPTION ONE MORTGAGE          CURRENT MORTG          .00            .00            .00
OPTION ONE MORTGAGE          MORTGAGE ARRE      7013.52            .00        7013.52
OPTION ONE MORTGAGE          NOTICE ONLY       NOT FILED           .00            .00
ALPAT CO INS                 UNSECURED         NOT FILED           .00            .00
AT & T BROADBAND             UNSECURED         NOT FILED           .00            .00
AT & T                       NOTICE ONLY       NOT FILED           .00            .00
AT&T CREDIT MANAGEMENT       UNSECURED         NOT FILED           .00            .00
CHADWICKS OF BOSTON          UNSECURED         NOT FILED           .00            .00
CHADWICKS                    NOTICE ONLY       NOT FILED           .00            .00
CREDIT MANAGEMENT SERVIC     UNSECURED         NOT FILED           .00            .00
FIRST NATIONAL BANK OF M     UNSECURED         NOT FILED           .00            .00
FINGERHUT CREDIT ADVANTA     UNSECURED          2707.65            .00         270.77
NICOR GAS                    UNSECURED           303.08            .00          30.31
ASSET ACCEPTANCE CORP        UNSECURED          1312.94            .00         131.29
NICOR GAS                    NOTICE ONLY       NOT FILED           .00            .00
NUVELL CREDIT CO LLC         UNSECURED          7803.94            .00         780.39
PROVIDIAN                    UNSECURED         NOT FILED           .00            .00
PROVIDIAN                    NOTICE ONLY       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP        UNSECURED           706.07            .00          70.61
TARGET                       NOTICE ONLY       NOT FILED           .00            .00
DEPT OF VETERANS AFFAIRS     UNSECURED          3291.24            .00         329.12
COOK COUNTY TREASURER        SECURED              91.95           9.16          91.95
WORLD FINANCIAL NETWORK      UNSECURED           367.54            .00          36.75
WORLD FINANCIAL NETWORK      UNSECURED           233.85            .00          23.39
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY       1,705.20                       1,705.20
TOM VAUGHN                   TRUSTEE                                            678.16
DEBTOR REFUND                REFUND                                             288.83


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 40704 LUCY M SMITH
```

```
TRUSTEE                                  11,459.45

PRIORITY                                                            .00
SECURED                                                        7,105.47
    INTEREST                                                       9.16
UNSECURED                                                      1,672.63
ADMINISTRATIVE                                                 1,705.20
TRUSTEE COMPENSATION                                             678.16
DEBTOR REFUND                                                    288.83
                                         ---------------  ---------------
TOTALS                                   11,459.45             11,459.45
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/20/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 40704 LUCY M SMITH